UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARK ARNOLD,

        Plaintiff,

v.                                                                                 Case No. 15-cv-876-pp

LORN ANSCHUTZ
and DUSTY NICHOLS,

        Defendants.

---

## ORDER DISMISSING CASE

---

On March 20, 2018, the parties agreed and stated on the record that the court should dismiss all of the plaintiff's claims against both defendants with prejudice, and without costs to any party.

The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE**, and without costs to any party.

Dated in Milwaukee, Wisconsin this 22nd day of March, 2018.

                                            **BY THE COURT:**

                                            _____
                                            **HON. PAMELA PEPPER**
                                            **United States District Judge**